IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL BROWN, | : | CIVIL ACTION NO. 3:17-cv-2302 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| SCHUYLKILL COUNTY PRISON, et al., | : | FILED SCRANTON |
| | : | FEB 2 8 2018 |
| Defendants | : | PER _____ |

## ORDER

AND NOW, to wit, this 28th day of February 2018, upon consideration of Plaintiff's Complaint (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 2) for leave to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. The Clerk of Court is directed to ISSUE the Administrative Order to the Warden at Plaintiff's present place of incarceration.

3. Plaintiff's complaint (Doc. 1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to CLOSE this case and TERMINATE all pending motions (Docs. 2, 4).

5. Plaintiff may FILE, on or before March 12, 2018, a proposed amended complaint to name proper defendants.

6. The proposed amended complaint shall be accompanied by a motion to reopen the case and contain the same case number that is already assigned to this action, 3:17-cv-2302.

7. The proposed amended complaint shall be direct, concise, and shall stand alone without reference to any other document filed in this matter or any other civil matter. See FED. R. CIV. P. 8(d)(1).

8. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims or improper defendants will be considered a failure to comply with an order of court and will result a denial of the motion to reopen and the striking of the proposed amended complaint. See FED. R. CIV. P. 20(a)(2).

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**